IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00039-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ROBERT SOLANO,

      Defendant.
_____

## ORDER SETTING TRIAL DATES AND DEADLINES
_____

      This matter has been scheduled for a three-day jury trial on the docket of Judge

Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th

Street, Denver, Colorado, to commence on **March 30, 2009 at 8:00 a.m.**  It is

      ORDERED that all pretrial motions shall be filed by **February 17, 2009** and

responses to these motions shall be filed by **February 24, 2009**.  It is further

      ORDERED that a Trial Preparation Conference is set for **March 20, 2009 at 2:00**

**p.m.**  in Courtroom A601.  Lead counsel who will try the case shall attend in person.

      The parties shall be prepared to address the following issues at the Trial

Preparation Conference:

      1)     jury selection;

      2)     sequestration of witnesses;

      3)     timing of presentation of witnesses and evidence;

      4)     anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.


DATED February 2, 2009.

                                        BY THE COURT:


                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge